IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-14404-pmm |
| RUBY DELGADO and | : | |
| CARLOS R. JIMENEZ, | : | Chapter 13 |
|     Debtors. | : | |

**DEBTORS' RESPONSE TO MOTION OF THE MONEY SOURCE, INC
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW come the Debtors, by and through their attorney, Stephen M. Otto, Esquire, and file the within Response, of which the following is a statement:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.  The Mortgage was not in default, i.e., the mortgage had not been accelerated, as of the Petition Date.  The purpose of the Chapter 13 filing was to address Debtors' unsecured debt and auto-related debt.

6. Admitted on part and Denied in part.  Debtors admit to having missed one or more payments.  Debtors are without knowledge or information regarding the precise amount of the default.

7. Admitted on part and Denied in part.  Debtors admit to having missed one or more payments.  Debtors are without knowledge or information regarding the precise amount of the default.

8. Movant's averment is a legal conclusion to which no response is necessary.

9. Movant's averment is a legal conclusion to which no response is necessary.

WHEREFORE, Debtors respectfully request that the Motion be denied.

                                Respectfully submitted,
                                LAW OFFICE OF STEPHEN M. OTTO, LLC

By:      /s/Stephen M. Otto
           Stephen M. Otto, Esq.
           833 N. Park Road Ste 102
           Wyomissing, PA 19610
           484-220-0481
           PA. I.D. No. 82463
           steve@sottolaw.com