**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ruby Delgado<br>      Carlos R. Jimenez<br>                Debtors | CHAPTER 13 |
| The Money Source Inc.<br>              Movant<br>     vs. | NO. 18-14404 PMM |
| Ruby Delgado<br>Carlos R. Jimenez<br>                Debtors<br><br>Scott F. Waterman<br>                Trustee | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay filed by The Money Source, Inc. and Debtor's response filed thereto, and after hearing thereon,

It is hereby **ORDERED** that the Motion is **DENIED.**

**Date: June 23, 2020**

*Patricia M. Mayer*
United States Bankruptcy Judge.

Ruby Delgado
711 Hay Road
Temple, PA 19560-1832

Carlos R. Jimenez
711 Hay Road
Temple, PA 19560-1832

Stephen McCoy Otto Esq.
Law Office of Stephen M. Otto, LLC
833 N. Park Road Suite 102
Wyomissing, PA 19610

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532