United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carlos R. Jimenez  
Ruby Delgado  
    Debtors

Case No. 18-14404-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW    Page 1 of 1    Date Rcvd: Jun 23, 2020  
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db/jdb        Carlos R. Jimenez,   Ruby Delgado,   711 Hay Road,   Temple, PA  19560-1832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:

        CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   The Money Source, Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
        EDEN R. BUCHER   on behalf of Creditor   Riverfront Federal Credit Union ebucher@leisawitzheller.com, medwards@leisawitzheller.com  
        KARINA VELTER   on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   The Money Source Inc. bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        STEPHEN MCCOY OTTO   on behalf of Debtor Carlos R. Jimenez steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com  
        STEPHEN MCCOY OTTO   on behalf of Joint Debtor Ruby Delgado steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com  
        STEPHEN MCCOY OTTO   on behalf of Plaintiff Ruby Delgado steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com  
        STEPHEN MCCOY OTTO   on behalf of Plaintiff Carlos R. Jimenez steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                                                      TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ruby Delgado<br>   Carlos R. Jimenez<br>       Debtors | CHAPTER 13 |
| The Money Source Inc.<br>       Movant<br>  vs. | NO. 18-14404 PMM |
| Ruby Delgado<br>Carlos R. Jimenez<br>       Debtors<br><br>Scott F. Waterman<br>       Trustee | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay filed by The Money Source, Inc. and Debtor's response filed thereto, and after hearing thereon,

It is hereby **ORDERED** that the Motion is **DENIED.**

**Date: June 23, 2020**

*Patricia M. Mayer*

United States Bankruptcy Judge.

Ruby Delgado
711 Hay Road
Temple, PA 19560-1832

Carlos R. Jimenez
711 Hay Road
Temple, PA 19560-1832

Stephen McCoy Otto Esq.
Law Office of Stephen M. Otto, LLC
833 N. Park Road Suite 102
Wyomissing, PA 19610

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532