IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  CARLOS R. JIMENEZ and RUBY DELGADO, | : Chapter 13 : |
| Debtors. | : Bankruptcy No. 18-14404-REF |

**CERTIFICATE OF SERVICE OF MOTION TO PAY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) July 30 2020 and July 31, 2020, as specified.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  ECF and FIRST CLASS MAIL, POSTAGE PRE-PAID, as specified on the attached list.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: July 31, 2020

By:    /s/Stephen M. Otto
Signature

Stephen M. Otto
Typed Name

833 N Park Road, Ste 102,, Wyomissing, PA 19610
Address

484-220-0481
Phone No.

PA, 82463
List Bar I.D. and State of Admission

<u>SERVICE LIST</u>

**SERVED BY ELECTRONIC NOTIFICATION ON JULY 30, 2020:**

EDEN R. BUCHER on behalf of Creditor Riverfront Federal Credit Union
ebucher@leisawitzheller.com, medwards@leisawitzheller.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor The Money Source, Inc.
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R
ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

STEPHEN MCCOY OTTO on behalf of Debtor Carlos R. Jimenez
steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO on behalf of Joint Debtor Ruby Delgado
steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO on behalf of Plaintiff Carlos R. Jimenez
steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO on behalf of Plaintiff Ruby Delgado
steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com

REBECCA ANN SOLARZ on behalf of Creditor The Money Source Inc.
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KARINA VELTER on behalf of Creditor JPMorgan Chase Bank, N.A.
amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

**SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID ON July 31, 2020:**

East Penn Mfg, Co
Deka Road
Lyon Station, PA 19536-0147

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541