IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  CARLOS R. JIMENEZ and                    : Chapter 13
RUBY DELGADO,                                    :
                        Debtors.                 : Bankruptcy No. 18-14404-REF

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
## FOR REMITTANCE TO STANDING CHAPTER 13 TRUSTEE

**Employee:**                                    **Employer's Name:**

Carlos R. Jimenez                                East Penn Manufacturing Co.

**Social Security No.:**                         **Employer's Address:**

XXX-XX-2931                                      Deka Road
                                                 Lyon Station, PA 19536-0147 USA

        The future earnings of the above named Debtor being subject to the continuing supervision and control of the Court for the purpose of enforcing the terms of the Debtor's Chapter 13 Plan by the Court:

        NOW, THEREFORE, the employer of the Debtor is hereby ORDERED to deduct from the wages of the Debtor, *beginning immediately*, the sum of One Hundred Fifty One Dollars and Twenty Three Cents ($151.23) per pay period (weekly).

        The employer shall continue said deductions until further Order of the Court and shall remit all monies withheld from the Debtor's wages at least monthly to Scott Waterman, Standing Chapter 13 Trustee.

        The Court's prior Order entered on November 15, 2019 at Document #45 is hereby deemed superseded by the instant Amended Order.

                                                 BY THE COURT:

Dated:  _____7/31/20_____

                                                 _____
                                                     Hon. Patricia M. Mayer
                                                     U.S. Bankruptcy Court

**Make Checks Payable to and Remit Withholdings to:**

Scott Waterman
Chapter 13 Trustee
P.O. Box 680
Memphis, TN  38101-0680