United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14404-pmm
Carlos R. Jimenez                                                         Chapter 13
Ruby Delgado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: ChrissyW            Page 1 of 1              Date Rcvd: Jul 31, 2020
                                 Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db              Carlos R. Jimenez,    711 Hay Road,    Temple, PA 19560-1832
                East Penn Manufacturing Co.,    Deka Road,    Lynn Station, PA  9536-0147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    The Money Source, Inc.
          cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
          EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
          ebucher@leisawitzheller.com,  medwards@leisawitzheller.com
          KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          STEPHEN MCCOY OTTO    on behalf of Debtor Carlos R. Jimenez steve@sottolaw.com,  info@sottolaw.com,
          no_reply@ecf.inforuptcy.com
          STEPHEN MCCOY OTTO    on behalf of Joint Debtor Ruby  Delgado steve@sottolaw.com,
          info@sottolaw.com,no_reply@ecf.inforuptcy.com
          STEPHEN MCCOY OTTO    on behalf of Plaintiff Ruby  Delgado steve@sottolaw.com,  info@sottolaw.com,
          no_reply@ecf.inforuptcy.com
          STEPHEN MCCOY OTTO    on behalf of Plaintiff Carlos R. Jimenez steve@sottolaw.com,
          info@sottolaw.com,no_reply@ecf.inforuptcy.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com

                                                                          TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  CARLOS R. JIMENEZ and    : Chapter 13
RUBY DELGADO,       :
     Debtors.      : Bankruptcy No. 18-14404-REF

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
### FOR REMITTANCE TO STANDING CHAPTER 13 TRUSTEE

**Employee:**         **Employer's Name:**

Carlos R. Jimenez       East Penn Manufacturing Co.

**Social Security No.:**      **Employer's Address:**

XXX-XX-2931        Deka Road
            Lyon Station, PA 19536-0147 USA

   The future earnings of the above named Debtor being subject to the continuing supervision and control of the Court for the purpose of enforcing the terms of the Debtor's Chapter 13 Plan by the Court:

   NOW, THEREFORE, the employer of the Debtor is hereby ORDERED to deduct from the wages of the Debtor, *beginning immediately*, the sum of One Hundred Fifty One Dollars and Twenty Three Cents ($151.23) per pay period (weekly).

   The employer shall continue said deductions until further Order of the Court and shall remit all monies withheld from the Debtor's wages at least monthly to Scott Waterman, Standing Chapter 13 Trustee.

   The Court's prior Order entered on November 15, 2019 at Document #45 is hereby deemed superseded by the instant Amended Order.

           BY THE COURT:

Dated: _____7/31/20_____

           _____
             Hon. Patricia M. Mayer
             U.S. Bankruptcy Court

**Make Checks Payable to and Remit Withholdings to:**

Scott Waterman
Chapter 13 Trustee
P.O. Box 680
Memphis, TN  38101-0680