```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                     Case No. 18-14404-pmm
Carlos R. Jimenez                                          Chapter 13
Ruby Delgado
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: ChrissyW          Page 1 of 1          Date Rcvd: Aug 06, 2020
                              Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.
db/jdb          Carlos R. Jimenez,    Ruby Delgado,    711 Hay Road,    Temple, PA  19560-1832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    The Money Source, Inc.
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
               ebucher@leisawitzheller.com,    medwards@leisawitzheller.com
              KARINA   VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Carlos R. Jimenez steve@sottolaw.com,    info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              STEPHEN MCCOY OTTO    on behalf of Joint Debtor Ruby  Delgado steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforuptcy.com
              STEPHEN MCCOY OTTO    on behalf of Plaintiff Ruby  Delgado steve@sottolaw.com,    info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              STEPHEN MCCOY OTTO    on behalf of Plaintiff Carlos R. Jimenez steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Carlos R. Jimenez and Ruby Delgado
      Debtor(s)

Chapter: 13

Bankruptcy No: 18−14404−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 6,2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                          Patricia M. Mayer
                          Judge ,
                          United States Bankruptcy Court