| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-14404-PMM**

CARLOS R JIMENEZ  
RUBY  DELGADO  
711 HAY ROAD  
TEMPLE  PA    19560-1832

Petition Filed Date: 06/30/2018  
341 Hearing Date: 08/14/2018  
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $494.80 | 1567554 | 02/05/2019 | $494.80 | 1578371 | 03/05/2019 | $494.80 | 1588582 |
| 04/09/2019 | $618.50 | 1600932 | 05/06/2019 | $494.80 | 1610210 | 06/11/2019 | $618.50 | 1622889 |
| 07/09/2019 | $494.80 | 1633834 | 08/07/2019 | $494.80 | 1644144 | 09/09/2019 | $618.50 | 1656495 |
| 10/08/2019 | $494.80 | 1667280 | 11/06/2019 | $494.80 | 1678417 | 12/10/2019 | $638.26 | 1692904 |
| 01/06/2020 | $573.84 | 1702886 | 02/11/2020 | $717.30 | 1716645 | 03/10/2020 | $430.38 | 1726863 |
| 04/06/2020 | $573.84 | 1736059 | 05/06/2020 | $143.46 | 1743733 | 06/11/2020 | $143.46 | 1754398 |
| 07/08/2020 | $573.84 | 1764811 | 08/11/2020 | $717.30 | 1776041 | | | |

**Total Receipts for the Period: $10,325.58    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,799.18**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | **CLAIMS AND DISTRIBUTIONS** | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 20 | RIVERFRONT FEDERAL CU<br>»» 20S | Secured Creditors | $16,100.00 | $5,500.00 | $13,100.00 |
| 20 | RIVERFRONT FEDERAL CU<br>»» 20U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-14404-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,799.18 | Current Monthly Payment: | $655.32 |
| Paid to Claims: | $5,500.00 | Arrearages: | ($61.98) |
| Paid to Trustee: | $1,103.27 | Total Plan Base: | $35,018.08 |
| Funds on Hand: | $6,195.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.