United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 18-14404-pmm
Carlos R. Jimenez   Chapter 13
Ruby Delgado
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Carlos R. Jimenez, Ruby Delgado, 711 Hay Road, Temple, PA 19560-1832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor The Money Source Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| EDEN R. BUCHER | on behalf of Creditor Riverfront Federal Credit Union ebucher@leisawitzheller.com medwards@leisawitzheller.com |
| KARINA VELTER | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Carlos R. Jimenez steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com |
| STEPHEN MCCOY OTTO | on behalf of Joint Debtor Ruby Delgado steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

STEPHEN MCCOY OTTO
    on behalf of Plaintiff Ruby Delgado steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO
    on behalf of Plaintiff Carlos R. Jimenez steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Carlos R. Jimenez and | ) | Chapter 13 |
| Ruby Delgado, | ) | |
| Debtor(s) | ) | Bky. No. 18-14404-PMM |

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), the allowed compensation set forth in the Application less $1,000.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: 11/10/20

_____
U.S. BANKRUPTCY JUDGE
Hon. Patricia M. Mayer