## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Ruby Delgado** | : | Case No.: 18-14404 |
| **Carlos R. Jimenez** | : | Chapter 13 |
| | : | Judge Patricia M. Mayer |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

18-020775_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 18-14404 |
| **Ruby Delgado** | : **Chapter 13** |
| **Carlos R. Jimenez** | : **Judge Patricia M. Mayer** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Ruby Delgado** | : |
| **Carlos R. Jimenez** | : |
| | : |
| **Scott F. Waterman** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Stephen M. Otto, Attorney for Ruby Delgado and Carlos R. Jimenez, 833 N. Park Road, Suite 102, Wyomissing, PA 19610, steve@sottolaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Ruby Delgado and Carlos R. Jimenez, 711 Hay Road, Temple, PA 19560-1832


DATE: <u>March 6, 2021</u>

                                          /s/ Sarah E. Barngrover
                                          Sarah E. Barngrover, Esquire (323972)
                                          Adam B. Hall (323867)
                                          Manley Deas Kochalski LLC

18-020775_PS

P.O. Box 165028  
Columbus, OH  43216-5028  
Telephone: 614-220-5611  
Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Sarah E. Barngrover.  
Contact email is sebarngrover@manleydeas.com

18-020775_PS