| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-14404-PMM**

CARLOS R JIMENEZ  
RUBY  DELGADO  
711 HAY ROAD  
TEMPLE  PA   19560-1832

Petition Filed Date: 06/30/2018  
341 Hearing Date: 08/14/2018  
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $573.84 | 1702886 | 02/11/2020 | $717.30 | 1716645 | 03/10/2020 | $430.38 | 1726863 |
| 04/06/2020 | $573.84 | 1736059 | 05/06/2020 | $143.46 | 1743733 | 06/11/2020 | $143.46 | 1754398 |
| 07/08/2020 | $573.84 | 1764811 | 08/11/2020 | $717.30 | 1776041 | 09/09/2020 | $597.15 | 1786400 |
| 10/06/2020 | $604.92 | 1796516 | 11/10/2020 | $756.15 | 1810159 | 12/08/2020 | $604.92 | 1819298 |
| 01/20/2021 | $453.69 | 1832429 | 02/17/2021 | $453.69 | 1841170 | 03/12/2021 | $604.92 | 1851765 |
| 04/06/2021 | $604.92 | 1861501 | 05/10/2021 | $756.15 | 1874418 | | | |

**Total Receipts for the Period: $9,309.93    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,235.69**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 20 | RIVERFRONT FEDERAL CU  »»  20S | Secured Creditors | $18,004.80 | $9,961.23 | $8,043.57 |
| 21 | RIVERFRONT FEDERAL CU  »»  20U | Unsecured Creditors | $7,945.75 | $0.00 | $7,945.75 |
| 22 | WELLS FARGO BANK NEVADA NA  »»  001 | Unsecured Creditors | $2,146.88 | $0.00 | $2,146.88 |
| 23 | US DEPARTMENT OF EDUCATION  »»  002 | Unsecured Creditors | $14,374.62 | $0.00 | $14,374.62 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR  »»  003 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 25 | AMERICAN INFOSOURCE LP  »»  004 | Unsecured Creditors | $426.85 | $0.00 | $426.85 |
| 26 | AMERICAN INFOSOURCE LP  »»  005 | Unsecured Creditors | $5,939.41 | $0.00 | $5,939.41 |
| 27 | MIDLAND CREDIT MANAGEMENT INC  »»  006 | Unsecured Creditors | $988.56 | $0.00 | $988.56 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES  »»  07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES  »»  07U | Unsecured Creditors | $568.62 | $0.00 | $568.62 |
| 30 | JPMORGAN CHASE BANK, NA  »»  08S | Secured Creditors | $9,113.40 | $3,251.32 | $5,862.08 |
| 31 | JPMORGAN CHASE BANK, NA  »»  08U | Unsecured Creditors | $5,201.85 | $0.00 | $5,201.85 |
| 32 | LVNV FUNDING LLC  »»  009 | Unsecured Creditors | $296.28 | $0.00 | $296.28 |
| 33 | LVNV FUNDING LLC  »»  010 | Unsecured Creditors | $1,847.27 | $0.00 | $1,847.27 |

**Chapter 13 Case No. 18-14404-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 34 | BANK OF AMERICA NA<br>»» 011 | Unsecured Creditors | $763.45 | $0.00 | $763.45 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,672.62 | $0.00 | $2,672.62 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,271.75 | $0.00 | $1,271.75 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,856.72 | $0.00 | $1,856.72 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,854.04 | $0.00 | $1,854.04 |
| 39 | FIRST COMMONWEALTH FCU<br>»» 016 | Unsecured Creditors | $3,272.89 | $0.00 | $3,272.89 |
| 40 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 017 | Unsecured Creditors | $4,405.17 | $0.00 | $4,405.17 |
| 41 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 018 | Unsecured Creditors | $855.90 | $0.00 | $855.90 |
| 42 | THE MONEY SOURCE INC<br>»» 019 | Mortgage Arrears | $1,398.03 | $498.75 | $899.28 |
| 43 | ECAST SETTLEMENT CORPORATION<br>»» 021 | Unsecured Creditors | $1,482.49 | $0.00 | $1,482.49 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,235.69 | Current Monthly Payment: | $655.32 |
| Paid to Claims: | $16,711.30 | Arrearages: | $1,054.71 |
| Paid to Trustee: | $1,524.39 | Total Plan Base: | $35,018.08 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.