| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 18-14404-PMM

CARLOS R JIMENEZ  
RUBY DELGADO  
711 HAY ROAD  
TEMPLE PA 19560-1832

Petition Filed Date: 06/30/2018  
341 Hearing Date: 08/14/2018  
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $604.92 | 1861501 | 05/10/2021 | $756.15 | 1874418 | 06/10/2021 | $453.69 | 1888332 |
| 07/07/2021 | $604.92 | 1898046 | 08/11/2021 | $756.15 | 1912555 | 09/08/2021 | $604.92 | 1921934 |
| 10/05/2021 | $302.46 | 1934376 | 11/16/2021 | $756.15 | 1949845 | 12/09/2021 | $604.92 | 1958820 |
| 01/13/2022 | $756.15 | 1970648 | 02/15/2022 | $604.92 | 1982813 | 03/10/2022 | $604.92 | 1991204 |
| 04/12/2022 | $604.92 | 2004533 | 05/10/2022 | $604.92 | 2015177 | 06/17/2022 | $604.92 | 2028891 |
| 07/12/2022 | $604.92 | 2038519 | | | | | | |

**Total Receipts for the Period: $9,829.95   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,704.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 20 | RIVERFRONT FEDERAL CREDIT UNION »» 20S | Secured Creditors | $18,004.80 | $14,168.03 | $3,836.77 |
| 21 | RIVERFRONT FEDERAL CREDIT UNION »» 20U | Unsecured Creditors | $7,945.75 | $0.00 | $7,945.75 |
| 22 | WELLS FARGO BANK NEVADA NA »» 001 | Unsecured Creditors | $2,146.88 | $0.00 | $2,146.88 |
| 23 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $14,374.62 | $0.00 | $14,374.62 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 25 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $426.85 | $0.00 | $426.85 |
| 26 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $5,939.41 | $0.00 | $5,939.41 |
| 27 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $988.56 | $0.00 | $988.56 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 07U | Unsecured Creditors | $568.62 | $0.00 | $568.62 |
| 30 | JPMORGAN CHASE BANK, NA »» 08S | Secured Creditors | $9,113.40 | $6,317.20 | $2,796.20 |
| 31 | JPMORGAN CHASE BANK, NA »» 08U | Unsecured Creditors | $5,201.85 | $0.00 | $5,201.85 |
| 32 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $296.28 | $0.00 | $296.28 |
| 33 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,847.27 | $0.00 | $1,847.27 |

| 34 | BANK OF AMERICA NA<br>»» 011 | Unsecured Creditors | $763.45 | $0.00 | $763.45 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,672.62 | $0.00 | $2,672.62 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,271.75 | $0.00 | $1,271.75 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,856.72 | $0.00 | $1,856.72 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,854.04 | $0.00 | $1,854.04 |
| 39 | FIRST COMMONWEALTH FCU<br>»» 016 | Unsecured Creditors | $3,272.89 | $0.00 | $3,272.89 |
| 40 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 017 | Unsecured Creditors | $4,405.17 | $0.00 | $4,405.17 |
| 41 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 018 | Unsecured Creditors | $855.90 | $0.00 | $855.90 |
| 42 | THE MONEY SOURCE INC<br>»» 019 | Mortgage Arrears | $1,398.03 | $969.07 | $428.96 |
| 43 | ECAST SETTLEMENT CORPORATION<br>»» 021 | Unsecured Creditors | $1,482.49 | $0.00 | $1,482.49 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,704.57 | Current Monthly Payment: | $655.32 |
| Paid to Claims: | $24,454.30 | Arrearages: | $1,760.31 |
| Paid to Trustee: | $2,250.26 | Total Plan Base: | $35,018.08 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.