United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14404-pmm |
| Carlos R. Jimenez | Chapter 13 |
| Ruby Delgado | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 14, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14192884 | + Email/Text: BK@servicingdivision.com | Apr 14 2023 23:42:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor The Money Source Inc. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: trc | Total Noticed: 1 |

EDEN R. BUCHER
    on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com cbrelje@barley.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Ruby Delgado steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Plaintiff Ruby Delgado steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Plaintiff Carlos R. Jimenez steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Carlos R. Jimenez steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14404-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Carlos R. Jimenez<br>711 Hay Road<br>Temple PA 19560-1832 | Ruby Delgado<br>711 Hay Road<br>Temple PA 19560-1832 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/14/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 19: The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450 | Allied First Bank, SB dba Servbank<br>3138 E Elwood St<br>Phoenix, Arizona 85034 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/16/23

Tim McGrath
**CLERK OF THE COURT**