| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-14404-PMM

CARLOS R JIMENEZ
RUBY  DELGADO
711 HAY ROAD
TEMPLE  PA    19560-1832

Petition Filed Date: 06/30/2018
341 Hearing Date: 08/14/2018
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $756.15 | 2050366 | 09/13/2022 | $604.92 | 2057761 | 10/18/2022 | $756.15 | 2072011 |
| 11/09/2022 | $453.69 | 2080138 | 12/13/2022 | $604.92 | 2094384 | 01/18/2023 | $756.15 | 2104715 |
| 02/22/2023 | $604.92 | 2119159 | 03/10/2023 | $604.92 | 2126591 | 04/11/2023 | $756.15 | 2138760 |
| 05/09/2023 | $604.92 | 2148806 | 06/12/2023 | $604.92 | 2159954 | 07/18/2023 | $756.15 | 2174876 |

**Total Receipts for the Period:  $7,863.96    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $34,568.53**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 20 | RIVERFRONT FEDERAL CREDIT UNION »» 20S | Secured Creditors | $18,004.80 | $18,004.80 | $0.00 |
| 21 | RIVERFRONT FEDERAL CREDIT UNION »» 20U | Unsecured Creditors | $7,945.75 | $19.87 | $7,925.88 |
| 22 | WELLS FARGO BANK NEVADA NA »» 001 | Unsecured Creditors | $2,146.88 | $0.00 | $2,146.88 |
| 23 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $14,374.62 | $35.95 | $14,338.67 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 25 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $426.85 | $0.00 | $426.85 |
| 26 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $5,939.41 | $0.00 | $5,939.41 |
| 27 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $988.56 | $0.00 | $988.56 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 07U | Unsecured Creditors | $568.62 | $0.00 | $568.62 |
| 30 | JP MORGAN CHASE BANK NA »» 08S | Secured Creditors | $9,113.40 | $9,113.40 | $0.00 |
| 31 | JP MORGAN CHASE BANK NA »» 08U | Unsecured Creditors | $5,201.85 | $0.00 | $5,201.85 |
| 32 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $296.28 | $0.00 | $296.28 |
| 33 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,847.27 | $0.00 | $1,847.27 |
| 34 | BANK OF AMERICA NA »» 011 | Unsecured Creditors | $763.45 | $0.00 | $763.45 |

**Chapter 13 Case No. 18-14404-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 35 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $2,672.62 | $0.00 | $2,672.62 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $1,271.75 | $0.00 | $1,271.75 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $1,856.72 | $0.00 | $1,856.72 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,854.04 | $0.00 | $1,854.04 |
| 39 | FIRST COMMONWEALTH FCU »» 016 | Unsecured Creditors | $3,272.89 | $0.00 | $3,272.89 |
| 40 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 017 | Unsecured Creditors | $4,405.17 | $0.00 | $4,405.17 |
| 41 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 018 | Unsecured Creditors | $855.90 | $0.00 | $855.90 |
| 42 | ALLIED FIRST BANK SB DBA SERVBANK »» 019 | Mortgage Arrears | $1,398.03 | $1,398.03 | $0.00 |
| 43 | ECAST SETTLEMENT CORPORATION »» 021 | Unsecured Creditors | $1,482.49 | $0.00 | $1,482.49 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,568.53 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $31,572.05 | Arrearages: | $449.55 |
| Paid to Trustee: | $2,906.56 | Total Plan Base: | $35,018.08 |
| Funds on Hand: | $89.92 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.