UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

    CARLOS R JIMENEZ

    RUBY  DELGADO | Bankruptcy No. 18-14404-PMM

        Debtors

## PRAECIPE

TO THE CLERK:

    Please withdraw the Trustee's Motion to Dismiss filed on or about July 10, 2023 at docket

number 83 in the above referenced case.

        Respectfully Submitted

Date: August 21, 2023         */s/ Scott F. Waterman*

        Scott F. Waterman, Esq.

        Standing Chapter 13 Trustee