IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  CARLOS R. JIMENEZ and RUBY DELGADO, | :  Chapter 13 : |
| Debtors. | :  Bankruptcy No. 18-14404-PMM |

**ORDER TERMINATING WAGE ATTACHMENT**

IT IS ORDERED that the wage attachment in the amount of $123.70 per pay from the wages of Carlos R. Jimenez in favor of Standing Chapter 13 Trustee Scott Waterman by the employer East Penn Manufacturing as required by the Order of Court dated July 18, 2018 is hereby TERMINATED.  No Further bankruptcy-related attachments pertaining to Bankruptcy Case No. 18-14404 shall be taken from the wages of Carlos R. Jimenez until further Order of Court.

DATED this  26th  day of  September , 2023 .

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE