United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Carlos R. Jimenez  
Ruby Delgado  
    Debtors

Case No. 18-14404-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Carlos R. Jimenez, Ruby Delgado, 711 Hay Road, Temple, PA 19560-1832 |
| 14159625 | + | FIRST COMMONWEALTH FCU, 450 Union Blvd, Allentown, PA 18109-3283 |
| 14165098 | + | JPMorgan Chase Bank, N.A., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14159626 | | Lehigh Valley Health Network, Patient Accounting Department, P.O. Box 4120, Allentown, PA 18105-4120 |
| 14159631 | + | PECO, 830 Schuylkill Ave, Philadelphia, PA 19146-2320 |
| 14159635 | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, RIVERFRONT FCU, 430 S 4TH ST, READING, PA 19602-2630 |
| 14159633 | | Reading Hospital & Medical Center, PO Box 16052, Reading, PA 19612-6052 |
| 14193092 | + | Riverfront Federal Credit Union, c/o Eden R. Bucher, Esquire, Leisawitz Heller, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 14499968 | + | The Money Store,Inc., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 26 2023 01:13:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 26 2023 01:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14159617 | + | Email/Text: bankruptcy@rentacenter.com | Sep 26 2023 01:13:00 | ACCEPTANCENOW, 5501 HEADQUARTERS, PLANO, TX 75024-6191 |
| 14773766 | + | Email/Text: BK@servicingdivision.com | Sep 26 2023 01:13:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14159618 | ^ | MEBN | Sep 25 2023 23:29:48 | Arcadia Recovery Bureau, LLC, POB 6768, Wyomissing, PA 19610-0768 |
| 14159619 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2023 01:13:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14180389 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 26 2023 01:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14159621 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 00:57:58 | CAPITAL ONE BANK USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14159623 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 26 2023 01:13:00 | CREDIT COLLECTION SERVIC, P O BOX 607, NORWOOD, MA 02062-0607 |
| 14159620 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 00:26:29 | Capital One, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14173173 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 00:55:49 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 18-14404-pmm    Doc 97    Filed 09/27/23    Entered 09/28/23 00:33:33    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14159624 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 26 2023 01:13:00 | DEPT OF ED / NELNET, 3015 PARKER RD, SUITE 400, AURORA, CO 80014-2904 |
| 14189320 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2023 00:56:15 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14159622 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2023 00:56:55 | Chase Auto Finance, P.O. Box 901076, Forth Worth, TX 76101 |
| 14175019 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2023 00:25:47 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14159627 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2023 00:26:32 | LVNV Funding LLC, 15 South Main Street Ste 500, Greenville, SC 29601-2769 |
| 14179380 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2023 00:25:47 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14179381 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2023 00:27:19 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14182362 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2023 01:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14159628 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2023 01:13:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DRIVESUITE 300, SAN DIEGO, CA 92108-2710 |
| 14173718 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2023 01:13:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14159629 | ^ | MEBN | Sep 25 2023 23:29:49 | Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 14174088 | | Email/PDF: cbp@omf.com | Sep 26 2023 00:57:03 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14159630 | | Email/PDF: cbp@omf.com | Sep 26 2023 00:57:05 | ONEMAIN FINANCIAL, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14159632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2023 00:57:50 | PORTFOLIO RECOVERY ASSOC, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk , VA-235024962 |
| 14181561 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2023 00:57:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14170397 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2023 01:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14159634 | + | Email/Text: bankruptcy@rentacenter.com | Sep 26 2023 01:13:00 | Rent-a-Center, 3250 N 5th Street Hwy, Reading, PA 19605-2425 |
| 14159636 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2023 00:57:05 | SYNCB/WAL-MART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 14159931 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2023 00:57:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14159638 | + | Email/Text: BK@servicingdivision.com | Sep 26 2023 01:13:00 | THE MONEY SOURCE, 500 S BROAD ST, MERIDEN100A MERIDEN, CT 06450-6755 |
| 14159639 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 26 2023 01:13:00 | TRANSWORLD SYSTEMS, POB 15609, WILMINGTON, DE 19850-5609 |
| 14159637 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2023 00:27:21 | The Home Depot/CBNA, PO Box 6497, Sioux Falls South Dakota 57117-6497 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14192884 | + | Email/Text: BK@servicingdivision.com | Sep 26 2023 01:13:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14192298 | ^ | MEBN | Sep 25 2023 23:29:52 | The Money Source, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14499776 | ^ | MEBN | Sep 25 2023 23:29:51 | The Money Source, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14169593 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 26 2023 01:13:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14159640 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 26 2023 01:13:00 | VERIZON WIRELESS, PO BOX 26055, MINNEAPOLIS, MN 55426-0055 |
| 14159641 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 26 2023 00:57:05 | WELLS FARGO CARD SERVICE, CREDIT BUREAU RESOLUTION, P O BOX 14517, DES MOINES, IA 50306-3517 |
| 14167978 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 26 2023 00:56:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14194327 |  | Email/PDF: bncnotices@becket-lee.com | Sep 26 2023 00:57:32 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14341210 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 50 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor The Money Source Inc. christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

EDEN R. BUCHER
    on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com cbrelje@barley.com;jrachor@barley.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Plaintiff Ruby Delgado steve@sottolaw.com
    jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO
    on behalf of Plaintiff Carlos R. Jimenez steve@sottolaw.com
    jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Carlos R. Jimenez steve@sottolaw.com
    jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Ruby Delgado steve@sottolaw.com
    jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Carlos R. Jimenez and Ruby Delgado
        Debtor(s)                                  Case No: 18−14404−pmm

                                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
             Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/25/23